# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 1:19-cv-01984 |
| Plaintiff, | Judge: Lindsay C. Jenkins |
| v. | Magistrate Judge: Young B. Kim |
| DAY PACER LLC, et al., | |
| Defendants. | |

**MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT MARGARET CUMMING AS REPRESENTATIVE OF THE ESTATE OF DAVID CUMMING**

Pursuant to Local Rule 83.17 of the U.S. District Court for the Northern District of Illinois, Lance Murashige respectfully moves to withdraw as counsel of record for Defendant Margaret Cumming as representative of the Estate of David Cumming. Defendant will continue to be represented by Christopher Moore in the above-captioned matter.

Dated: December 31, 2024

/s/ *Lance Murashige*
Lance Murashige
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
lance.murashige@hoganlovells.com
Tel.: (202) 637-5600
Fax: (202) 637-5910

*Counsel for Defendant Margaret Cumming as representative of the Estate of David Cumming*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2025, I caused a true and correct copy of the foregoing Motion for Withdrawal of Counsel to be served via ECF on all counsel of record.

/s/ *Lance Murashige*
Lance Murashige
HOGAN LOVELLS US LLP

*Counsel for Defendant Margaret Cumming as representative of the Estate of David Cumming*