**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| Plaintiff, | Case No. 1:19-cv-01984 |
| v. | Hon. Judge: Lindsay C. Jenkins |
| DAY PACER LLC, et al. | |
| Defendants. | |

### ORDER VACATING SECURITY ORDER [DKT. NO. 341]

This Court has considered the Estate's Unopposed Motion to Vacate the Stipulated Order Approving Security to Stay Execution of Judgment Against the Cumming Estate Pending Appeal (the "Estate's Motion to Vacate"; Dkt. 350) and the exhibits attached thereto. Because the United States Court of Appeals for the Seventh Circuit reversed the decision to substitute the Estate herein, there is no judgment against the Estate. As there is no judgment against the Estate, and as the Estate's Motion to Vacate is unopposed, **IT IS HEREBY ORDERED as follows:**

1. The Estate's Motion to Vacate is granted; and this Court's Stipulated Order Approving Security to Stay Execution of Judgment Against the Cumming Estate Pending Appeal (Dkt. 341) is hereby vacated.

**SO ORDERED this 30th day of January, 2025.**

_____
Lindsay C. Jenkins
United States District Judge

1